IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HITEL TECHNOLOGIES LLC,<br>Plaintiff,<br><br>*v.*<br><br>CONN APPLIANCES, INC.,<br>Defendant. | 6:22-CV-00820-ADA |

### ORDER TO SHOW CAUSE CONCERING DISMISSAL
### FOR FAILURE TO PROSECUTE

The Court **ORDERS** Hitel Technologies ("Plaintiff") to show cause why this case should not be dismissed for Plaintiff's failure to prosecute. The Defendants filed an answer on October 17, 2022. ECF No. 11. Since filing the answer, no substantive filing has been made.

The Plaintiff is hereby **ORDERED** to explain the absence of substantive filings within one week of this order and why the Court should not dismiss this case for want of prosecution. The Plaintiff is hereby notified that, in the absence of a reasonable explanation, the Court may *sua sponte* dismiss this case without prejudice.

SIGNED this 30th day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1